PROB 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 1 2008

JAMES N. ⎵⎵⎵⎵ CLERK
By: ⎵⎵⎵ Deputy Clerk

U. S. A. vs. Tracy Thomas  Docket No. 1:06-CR-391-BBM

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Donna M. High PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Tracy Thomas who was placed on supervision for the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base, 21 U.S.C. 846, by the Honorable Frederick J. Scullin, Jr sitting in the court at Atlanta, on the 23rd day of March, 1995 who fixed the period of supervision at 5 years months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is experiencing personal problems regarding finances and relationships. He is having a hard time coping and requested mental health counseling to assist him cope.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to add Mental Health under the guidance and supervision of the U.S. Probation Officer.

ORDER OF COURT

Considered and ordered this 28th day of March, 2008

and ordered filed and made a part of the records in the above case.

Honorable Beverly B. Martin
U. S. District Court Judge

Respectfully,

Donna M. High
U. S. Probation Officer

Place: Atlanta, Georgia

Date: March 20, 2008

Alvin L. Smith
Supv. U. S. Probation Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

APR 0 1 2008

James N. Hatten, Clerk
By: ⎵⎵⎵ Deputy Clerk