PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 9 2008

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Tracy Thomas                               Docket No. 1:06-CR-391-BBM

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Donna M. High PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Tracy Thomas who was placed on supervision for the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base, 21 U.S.C. 846, by the Honorable Frederick J. Scullin, Jr sitting in the court at Syracuse, on the 23rd day of March, 1995 who fixed the period of supervision at 5 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**I. Illegal Drug Use:** On May 5th, 2008 and May 27th, 2008, the defendant tested positive for Marijuana.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to add home confinement with 120 days electronic monitoring

### ORDER OF COURT

Considered and ordered this __6th__ day of __June__, 2008

and ordered filed and made a part of the records in the above case.

_____
Honorable Beverly B. Martin
U. S. District Court Judge

Respectfully,

_____
Donna M. High
U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   May 27, 2008

_____
Alvin L. Smith
Supv. U. S. Probation Officer