FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 15 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Tracy Thomas                             Docket No. 1:06-CR-291-BBM

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW James J. Lee PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Tracy Thomas who was placed on supervision for the offense of Conspiracy with Intent to Distribute Cocaine, 21 U.S.C.§846, by the Honorable Frederick Scullin, Jr. Sitting in the court at Syracuse, on the 23rd day of March, 1995 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has continued to use illicit substances as evidenced by his submission of four (4) test positive urinalysis results for marijuana since the last violation report of August 7, 2008. The defendant has signed a waiver of hearing agreeing to a modification of the terms and conditions of his supervised release to include a condition requiring him to serve ninety (90) days in the Dimas Atlanta Halfway House.

**PRAYING THAT THE COURT WILL ORDER** the conditions of Supervised Release be modified to include a condition of supervised release requiring him to serve ninety (90) days community confinement in the Dismas Atlanta Halfway House commencing on or about December 21, 2008.

### ORDER OF COURT

Considered and ordered this 10th day of December, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Beverly B. Martin
U.S. District Court Judge

Respectfully,

_____
James J. Lee
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: December 5, 2008

_____
Alvenia P. Singleton
Supervising U. S. Probation Officer