UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 1 8 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

U. S. A. vs. Tracy Thomas                    Docket No. 1:06-CR-391-BBM

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW James J. Lee PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Tracy Thomas who was placed on supervision for the offense of Conspiracy with Intent to Distribute Cocaine, 21 U.S.C. §846, by the Honorable Frederick Scullin, Jr. Sitting in the court at Syracuse, on the 23rd day of March, 1995 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has continued to use illicit substances as evidenced by his submission of four (4) test positive urinalysis results for marijuana since the last violation report of August 7, 2008. The defendant has signed a waiver of hearing agreeing to a modification of the terms and conditions of his supervised release to include a condition requiring him to serve ninety (90) days in the Dimas Atlanta Halfway House.

**PRAYING THAT THE COURT WILL ORDER** the conditions of Supervised Release be modified to include a condition of supervised release requiring him to serve ninety (90) days community confinement in the Dismas Atlanta Halfway House commencing on or about December 21, 2008.

### ORDER OF COURT

Considered and ordered this 16th day of December, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Beverly B. Martin
U.S. District Court Judge

Respectfully,

_____
James J. Lee
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: December 5, 2008

_____
Alvenia P. Singleton
Supervising U. S. Probation Officer

**Violations since August 6, 2008 Violation report:**

Your Honor continued the offender on supervision in August 2008 in spite of the drug use violations in view of the probation office's placement of the offender in treatment and his otherwise compliant status. The continuation of the offender on supervision by the Court was with the proviso that the offender would remain drug-free. He has failed to do so in that he's submitted. Four (4) positive urinalysis specimens, one of which was confirmed positive (on November 19, 2008), and one for which the offender admitted use (December 4, 2008). Thomas has also missed several drug treatment sessions, including on October 23 and 30, 2008, and December 3, 2008).

**Recommendation:**

The Probation Officer is recommending that the Court sanction the offender for his continued unlawful and prohibited drug use by ordering him to be placed in Dismas Atlanta Halfway House to complete ninety (90) days community confinement. It is noted that, if the Court imposes the modification, the offender will be continued in drug treatment while in confinement at the halfway house.

A second administrative review was conducted on December 4, 2008, in the Probation Office with the undersigned officer, the offender, and Supervising U.S. Probation Officer Alvenia P. Singleton. It was made clear to the offender that further drug use would result in revocation proceedings. The offender has signed a waiver of hearing (attached) indicating his willingness to serve the home confinement sentence.

If Your Honor has any questions, I can be reached at 404-762-4620, ext. 234.

Sincerely,

James J. Lee
Sr. U. S. Probation Officer

**Reviewed By:**

Alvenia P. Singleton    Date  12-9-08
Supervising U. S. Probation Officer

**Decision of Judge:**

[✓] Agree with Probation Officer's Recommendation

[ ] Take Following Action:

Beverly B. Martin    December 16, 2008
Honorable Beverly B. Martin    Date
U. S. District Court Judge