UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Tracy Thomas            Docket No. 1:06-CR-291-BBM

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW James J. Lee PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Tracy Thomas who was placed on supervision for the offense of Conspiracy with Intent to Distribute Cocaine, 21 U.S.C.§846, by the Honorable Frederick Scullin, Jr. Sitting in the court at Syracuse, on the 23rd day of March, 1995 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

*In May 2008, the offender was placed in substance abuse counseling and conditions were modified to include 120 days home confinement with electronic monitoring.*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has continued to use illicit substances as evidenced by his submission of four (4) test positive urinalysis results for marijuana since the last violation report of December 5, 2008, and six (6) positive tests since the last modification in August 2008. The defendant had signed a waiver of hearing agreeing to a modification of the terms and conditions of his supervised release to include a condition requiring him to serve ninety (90) days in the Dimas Atlanta Halfway House. However, on January 9, 2009, he angrily expressed a desire to be finished with supervision and not serve the halfway house sentence, he demonstrated serious hostility toward the probation officer during a recent office visit, and does not grasp the non-compliant behavior constituted by his continued marijuana use.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued so that the offender can be brought before the Court to show cause why his term of supervised release should not be revoked.

## ORDER OF COURT

Considered and ordered this __13th__ day of __January__, __2009__ and ordered filed and made a part of the records in the above case.

_____
**Honorable Beverly B. Martin**
U.S. District Court Judge

Respectfully,

_____
**James J. Lee**
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: January 9, 2009

_____
**Alvenia P. Singleton**
Supervising U. S. Probation Officer

**Charge Number 1:** the offender failed to comply with special condition number 7 of the Court's order in that he failed to refrain from the use of controlled substances; namely, he used marijuana as evidenced by positive urinalysis tests submitted on the following dates:

- November 19, 2008
- December 4, 2008
- December 8, 2008
- December 15, 2008
- December 29, 2008
- January 9, 2009

**Charge Number 2:** the offender failed to comply with the special condition in the Court's order requiring him to complete substance abuse treatment in that he has missed appointments on the following dates:

- October 23, 2008
- October 30, 2008
- December 3, 2008

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
v.
**Tracy Thomas**

Case Number: **1:06-CR-291-BBM**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Tracy Thomas** and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

Drug usage (marijuana); failure to participate in drug treatment; In violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_Beverly B. Martin_ (signature)
**Honorable Beverly B. Martin**
Chief U. S. District Court Judge

Date: _January 13, 2009_

Location: **Atlanta**

Bail fixed at $ _No bond_  By _(signature)_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME**: Tracy Thomas

**ALIAS**:

**LAST KNOWN RESIDENCE**: 140 Oldenburg Drive, Riverdale, GA 30274

**LAST KNOWN EMPLOYMENT**: Bubble Bath Express Car Wash; 5250 Old National Highway, College Park GA

**PLACE OF BIRTH**: New York

**DATE OF BIRTH**: 7/22/1966

**SOCIAL SECURITY NUMBER**: 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

| | |
|---|---|
| **HEIGHT**: 5'6" | **WEIGHT**: 162 |
| **SEX**: Male | **RACE**: Black |
| **HAIR**: Brown | **EYES**: Brown |

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS**:

**FBI NUMBER**: 443127 CA5

**COMPLETE DESCRIPTION OF AUTO**: 2002 Burgundy Cheverolet Impala; AVD 7723 (tag)

INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
75 Spring St., S.W., Room 900
Atlanta, GA 30303
James J. Lee
Sr. U. S. Probation Officer
(404) 215-1958