# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00391-BBM
## USA v. Thomas
## Honorable Beverly B. Martin

Minute Sheet for proceedings held In Open Court on 02/25/2009.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:20 P.M.
TIME IN COURT: 00:20

COURT REPORTER: Montrell Vann
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Tracy Thomas Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Hawker representing Tracy Thomas<br>Mary Roemer representing USA<br>** USPO James Lee also present |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Supervised Release.<br>Supervised Release was REVOKED. |
| MINUTE TEXT: | Sentence imposed: 5 months imprisonment with no additional term of supervision to follow. Defendant advised of appeal rights. |
| HEARING STATUS: | Hearing Concluded |